# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALEX PENLY,
Appellant,
vs.
MILTON J. WOODS; AND CIRRUS
AVIATION SERVICES INC., A
WASHINGTON CORPORATION,
Respondents.

No. 84710

FILED

JUN 10 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying motion to strike affidavits of renewal of judgment and untimely reply in support of affidavit. Eighth Judicial District Court, Clark County; Nancy L. Allf, Judge.

Initial review of the notice of appeal and the documents before this court reveals a jurisdictional defect. This court "may only consider appeals authorized by statute or court rule." *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule allows for an appeal from the district court's order identified in appellant's notice of appeal. Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

22-18500

cc: Hon. Nancy L. Allf, District Judge
Alex Penly
Fox Rothschild, LLP/Las Vegas
Eighth District Court Clerk